# Court of Appeals
# of the State of Georgia

ATLANTA, December 24, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0220. MB 1607 LLC v. GRN STREET HOLDINGS, LLC.**

GRN Street Holdings, LLC filed this garnishment action in state court, seeking to garnish Mukesh C. Patel's funds held by MB 1607 LLC. MB 1607 answered, denying that it held any funds subject to garnishment, and GRN filed a traverse of the answer. GRN then served MB 1607 with discovery requests. After receiving what it deemed to be inadequate responses, GRN filed a motion for discovery sanctions and to compel responses. The state court granted the motion. MB 1607 filed a motion to vacate the sanctions order, which the state court denied. MB 1607 then filed this application for discretionary review of the state court's orders. We, however, lack jurisdiction.

Because the state court has not ruled on the traverse or otherwise entered a final judgment, this garnishment action remains pending below. See generally *Bryan Cave Leighton Paisner v. Gebo Law*, 374 Ga. App. 442, 442–43 (912 SE2d 346) (2025) (collecting cases involving failed attempts to appeal non-final orders in garnishment proceedings). Although appeals in garnishment cases generally must be initiated by filing an application for discretionary review, see OCGA § 5-6-35(a)(4), where, as here, both discretionary and interlocutory appeal procedures apply, an applicant must follow the interlocutory appeal procedures set forth in OCGA § 5-6-34(b), including obtaining a timely certificate of immediate review from the trial court, before filing an application. See *Bryan Cave*, 374 Ga. App. at 443; see also *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588–89(1) (408 SE2d 103) (1991).

MB 1607's failure to comply with the interlocutory appeal procedures deprives

us of jurisdiction over this discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,___12/24/2025_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*